# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**Honorable** Pamela S. Hollis     **Date** June 1, 2018

**Bankruptcy Case No.** 17 B 32873     **Adversary No.**

**Title of Case** Dionne Denise Tilmon

**Brief Statement of Motion** Court's motion to dismiss case for failure to pay filing fees.

**Names and Addresses of moving counsel**

**Representing**

## ORDER

Debtor's final date to have paid all filing fees has been tolled to August 17, 2018.

Debtor is to have paid all filing fees in full on or before August 17, 2018.

Failure to pay filing fees in full by August 17, 2018, may result in the dismissal of the above bankruptcy case.

*/s/ Pamela S. Hollis*